**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01419-CV

### IN THE INTEREST OF K.R.C. AND L.R.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51917-2010**

## ORDER

We **GRANT** appellant's second motion to extend time to file brief and **ORDER** the brief be filed no later than April 2, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.


/s/     ELIZABETH LANG-MIERS
JUSTICE